No counsel marked for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

Opinion by DENSON, J.

Affirmed.

TYSON, C. J., HARALSON and SIMPSON, JJ., concur.

---

### ESPEY V. LEWIS, ET AL.

*Assumpsit.*

Decided July 2, 1907.)

APPEAL from Houston Chancery Court.

Heard before Hon. W. L. PARKS.

W. L. LEE, and T. M. ESPY, for appellant.

GAINES & WARD, for appellee.

DOWDELL, J.—Reversed and rendered on the authority of *Weaver v. Eaton,* 139 Ala. 247.

TYSON, C. J., ANDERSON and MCCLELLAN, JJ., concur.

---

### GAULT, ET AL. V. FULTON.

*Assumpsit.*

(Decided May 16, 1907.)

APPEAL from Franklin Circuit Court.

Heard before Hon. JOSEPH H. NATHAN.

TRAVIS WILLIAMS, for appellant.

W. H. KEY, for appellee.

Per curiam.—Appeal dismissed.

### HARTON, ET AL. V. WIEHLE.

*Settlement of Estate.*

(Decided July 2, 1907.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. FERGUSON.

WARD & RUDOLPH, for appellant.

CAMPBELL & JOHNSON, for appellee.

DOWDELL, J.—Affirmed on authority of *Keith v. McCord,* 140 Ala. 402.

TYSON, C. J., ANDERSON and MCCLELLAN, JJ., concur.